

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

ENTERED
09/10/2010

| | |
|---|---|
| In re | Chapter 15 |
| Metrofinanciera, S.A.P.I. de C.V., Sociedad Financiera de Objeto Múltiple, E.N.R., | Case No. 10-20666 (    ) |
| Debtor in a Foreign Proceeding. | |

## PRELIMINARY INJUNCTION ORDER

On August 30, 2010, upon consideration of the Emergency Motion of the Foreign Representative for a Preliminary Injunction and Temporary Restraining Order Prohibiting Collection Actions against the Debtor in the United States (the "Emergency Motion"),[1] filed by or on behalf of the Petitioner, José Angel Amaro, in his capacity as the duly-appointed foreign representative of Metrofinanciera, S.A.P.I. de C.V., Sociedad Financiera de Objeto Múltiple, E.N.R. ("Metrofinanciera" or the "Debtor") in a voluntary restructuring proceeding (the "Mexican Proceeding") currently pending before the Fourth Court of Civil and Labor Matters in the State of Nuevo León, *Juzgado Cuarto de Distrito en Materia Civil y de Trabajo en el Estado de Nuevo León*, a Mexican federal court (the "Mexican Court") sitting in the city of Monterrey, state of Nuevo León in the United Mexican States; and upon notice to Bank of New York-Mellon ("BNYM")[2] as the indenture trustee for the holders of the Perpetual Notes the Court; and after consideration of the evidence, and BNYM expressing no opposition to the entry of the Temporary Restraining Order ("TRO"); and after having entered the TRO; and having further set a hearing on the extension of the TRO to a preliminary injunction for September 13, 2010; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Emergency Motion.

[2] All references to BNYM herein, unless otherwise noted, solely refer to BNYM in its capacity as indenture trustee for the holders of the Perpetual Notes and do not refer to BNYM in its individual capacity or as trustee for any other Mexican trust.

having now heard that the Debtor and BNYM have reached an agreement to extend the TRO to a preliminary injunction, subject in all things to further orders of this Court, accordingly it is

ORDERED that the injunctive relief set out in the Temporary Restraining Order dated August 30, 2010, shall be extended as a preliminary injunction on the same terms and provisions as set out in the TRO; and it is further

ORDERED that this preliminary injunction and the terms thereof shall remain in effect through September 24, 2010, unless extended by further order of the Court; and it is further

ORDERED, that entry of this preliminary injunction is without prejudice to the right of any party-in-interest, including BNYM, to seek, upon appropriate notice and hearing, to terminate or limit this preliminary injunction.

Dated:  September 10th, 2010.

Honorable Richard Schmidt,
United States Bankruptcy Judge

**ORDER AGREED TO AND SUBMITTED BY:**

**WHITE & CASE LLP**
By: /s/ Alan S. Gover
Alan Shore Gover
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Craig H. Averch
Roberto J. Kampfner
633 West Fifth Street, Suite 1900
Los Angeles, California 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
-and-
JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.
Shelby A. Jordan
500 North Shoreline Boulevard, Suite 900

Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
*Attorneys for José Angel Amaro as Foreign Representative of Metrofinanciera*


NO OPPOSITON TO ENTRY OF ORDER BY:

CHADBOURNE & PARKE LLP
By: /s/ N. Theodore Zink, Jr.
N. Theodore Zink, Jr.
Francisco Vazquez
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5356
Facsimile: (646) 710-5356


*Attorneys for BANK OF NEW YORK, MELLON*